

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▵
THOMAS M. RUSSO
THOMAS M. CANEVARI¹
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▵
MICHAEL E. UNGER*¹
WILLIAM J. PALLAS*
GINA M. VENEZIA*▵
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*¹
DANIEL J. FITZGERALD*¹▵
MICHAEL C. ELLIOTT*
JAN P. GISHOLT¹

* ALSO ADMITTED IN NEW JERSEY
¹ ALSO ADMITTED IN CONNECTICUT
▵ ALSO ADMITTED IN WASHINGTON, D.C.
⁼ ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

**MEMO ENDORSED**

*Conference adjourned from September 28 to November 16, 2007 at 12:00 pm*

*SO ORDERED*
*[signature] 9-21-07*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/07

RECEIVED
SEP 21 2007
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

September 18, 2007

**BY HAND**

Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Room 2250
New York, New York 10007-1312

    Re:  American Steamship Owners v. Dusung Shipping Co. Ltd.
           07 CV 6474 (PKC)

Dear Judge Castel:

    We represent the Plaintiff in the above-referenced action involving a maritime attachment under Rule B and write to request that the pre-trial conference scheduled for September 28, 2007 be adjourned 45 days.

    By way of background, Plaintiff filed this action on July 17, 2007 seeking, *inter alia*, to attach the sum of $394,031 from Defendant Dusung (among other defendants). On the same day Your Honor granted Plaintiff's application for the issuance of Process of Maritime Attachment and Garnishment ("PMAG"). On or about August 20, 2007, Plaintiff attached the sum of $20,000. Plaintiff has not attached any funds from the other Defendants. A Notice of Attachment and a Notice of Pre-Trial Conference were forwarded to Dusung on August 12. (We enclose herewith copies of same.) To date, Defendant has not appeared in the action or moved to vacate the attachment. Plaintiff continues its daily efforts of serving the PMAG upon various New York banks to obtain full security for its claims from all the Defendants.

    In light of the foregoing, we respectfully request that the conference scheduled for September 28 be adjourned to November 9, 2007.

NYDOCS1/290642.1

Hon. P. Kevin Castel
September 18, 2007
Page 2

We thank the Court for its attention to this matter.

Respectfully yours,
FREEHILL HOGAN & MAHAR LLP

Manuel A. Molina

NYDOCS1/290642.1

FREEHILL, HOGAN & MAHAR LLP