

**LAW OFFICES OF**
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*◊†
DANIEL J. FITZGERALD*†△
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
◊ ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

November 14, 2007

344-07/PJG/MAM

**BY HAND**

Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007-1312

Re: American Steamship Owners v. Dusung Shipping Co. Ltd.
07 CV 6474 (PKC)

Dear Judge Castel:

We represent the Plaintiff in the above-referenced action involving a maritime attachment under Rule B and write to request that the pre-trial conference scheduled for November 16, 2007 be adjourned 45 days.

Plaintiff filed this action on July 17, 2007 seeking, *inter alia*, to attach the sum of $394,031 from Defendant Dusung Shipping Co. Ltd. (among other Defendants). On the same day Your Honor granted Plaintiff's application for the issuance of Process of Maritime Attachment and Garnishment ("PMAG"). On or about August 20, 2007, Plaintiff attached the sum of $20,000 and Notice of Attachment was provided on the same date to Dusong. Plaintiff has not attached any funds from the other Defendants. To date, Defendant has not appeared in the action or moved to vacate the attachment. Plaintiff continues its daily efforts of serving the PMAG upon various New York banks to obtain full security for its claims from all the Defendants.

In light of the foregoing, we respectfully request that the Court grant the within application.

NYDOCS1/293794.1

*[Handwritten memo endorsement: Conference adjourned to November 16, 2008 January 4, at 9:30 a.m. SO ORDERED / PKC USDJ 11-14-07]*

Hon. P. Kevin Castel
November 14, 2007
Page 2

We thank the Court for its attention to this matter.

Respectfully yours,
FREEHILL HOGAN & MAHAR LLP

Manuel A. Molina