GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.◊
THOMAS M. RUSSO
THOMAS M. CANEVARI¹
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*◊
MICHAEL E. UNGER*¹
WILLIAM J. PALLAS*
GINA M. VENEZIA*◊
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*¹
DANIEL J. FITZGERALD*¹◊
MICHAEL C. ELLIOTT*
JAN P. GISHOLT¹

* ALSO ADMITTED IN NEW JERSEY
¹ ALSO ADMITTED IN CONNECTICUT
◊ ALSO ADMITTED IN WASHINGTON, D.C.
• ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 08820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

## MEMO ENDORSED


RECEIVED
MAR - 4 2008
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

March 3, 2008


USDS SDNY
344-07/DPM/MAM
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08

**BY HAND**
Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, New York 10007-1312

Re:   American Steamship Owners v. Dusung Shipping Co. Ltd.
      07 CV 6474 (PKC)

Dear Judge Castel:

We represent the Plaintiff in the above-referenced action involving a maritime attachment under Rule B and write to request that the pre-trial conference scheduled for March 7, 2008 be adjourned 60 days.

Plaintiff filed this action on July 17, 2007 seeking, *inter alia*, to attach the sum of $394,031 from Defendant Dusung Shipping Co. Ltd. (among other Defendants). On the same day, Your Honor granted Plaintiff's application for the issuance of Process of Maritime Attachment and Garnishment ("PMAG"). On or about August 20, 2007, Plaintiff attached the sum of $20,000 and Notice of Attachment was provided on the same date to Dusung. Plaintiff has not attached any funds from the other Defendants. To date, Defendants have not appeared in the action or moved to vacate the attachment despite the fact that prior Notices of Pre-Trial Conference have been sent via electronic mail. Plaintiff continues its daily efforts of serving the PMAG upon various New York banks to obtain full security for its claims from all the Defendants.

As we advised Your Honor in our January 2, 2008 letter, Plaintiff has complied with the Hague Convention service requirements by translating the Summons, Complaint and the Hague

NYDOCS1/299895.1

Hon. P. Kevin Castel
March 3, 2008
Page 2

Convention Form into Korean and mailing same to the Korean Central Authority. In fact, as the attached documents indicate, the Korean Central Authority received all necessary documentation to effect service upon Defendants on January 7, 2008. Plaintiff is presently awaiting receipt of the Certificate of Service from the Korean Government. Upon receipt, we will file same with the Clerk of the Court.

In light of the foregoing, we respectfully request that the Court grant the within application.

We thank the Court for its attention to this matter.

Respectfully yours,
FREEHILL HOGAN & MAHAR LLP

*Manuel A. Molina*
Manuel A. Molina

*[Handwritten note:]* Conference adjourned from March 7 to May 9, 2008 at 9:45 a.m. If ∏'s assets are not attached or otherwise acquired by that date, action will be dismissed without prejudice. SO ORDERED. /s/ PKC USDJ 3-4-08

NYDOCS1/299895.1

FREEHILL, HOGAN & MAHAR LLP

DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, Florida 33324 — Original (DHL Billing) Copy

AB0015 SF (11/05)

**INTERNATIONAL WAYBILL** (Non-negotiable)
http://www.dhl.com
1-800-CALL-DHL in USA only

Waybill No: 7405070595

**1 Payer account number and shipment value protection details**
Charge to: ☐ Shipper ☐ Receiver ☐ 3rd Party
Payer Account No.: 
Shipment Value Protection: ☐ Yes Declared Value for Carriage (in US $): ____

**2 From (Shipper)**
Shipper's Account Number: 263514858
Contact Name: N. MOLINA
Shipper's Reference: 344707/DOM/WAM
Company Name: FREEHILL HOGAN & MAHAR
Address: PETER MCCARTHY 24TH FLOOR
80 PINE ST FL 24
NEW YORK NY
Post/ZIP Code: 10005-1759
Phone: (212)425-1900

**3 To (Receiver)**
Company Name: NATIONAL COURT ADM.
Contact Person: DIRECTOR OF INT'L AFFAIRS
Delivery Address: 967 Seocho-dong Seochogu
Seoul 137-750
Republic of KOREA
Country: KOREA

**4 Shipment Details**
Total number of packages: 
Total Weight: lbs
Pieces / Length / Width / Height

**5 Full Description of Contents**
LETTERS

**6 Dutiable Shipments Only (Customs requirement)**
Declared Value for Customs (in US $): 
Destination Duties/Taxes if left blank, Receiver pays duties/taxes: ☐ Receiver ☐ Shipper ☐ Other

Type of Export: ☐ Permanent ☐ Temporary ☐ Repair/Return

**7 Shipper's Authorization (signature required)**

**8 Products & Services**
☐ International Express Envelope
☐ Non-Dutiable (International Document Service)
☐ Dutiable (Worldwide Priority Express)
☐ Other
Service Options: ☐ Saturday Delivery ☐ Special Pickup ☐ Delivery Notification ☐ Signature Required
Global Mail: ☐ Int. Priority ☐ Int. Standard ☐ IPA ☐ ISAL
☐ Dom. Priority ☐ Dom. Standard

Origin: MTC
Destination Code:

Dimensional/Chargeable Weight: lbs
Services / Charges / Total
Drop Box #:
Transport Collect Sticker No.:
Payment Details: Picked up by / Route No. / Time / Date

Contac



| Ship | Track | Services | About DHL | Help |

DHL USA Home   DHL Global



## Track results detail                                    ▶ Pri

**Track**

▶ Track by number
▶ Track by reference
▶ Get delivery signature
▶ Track DHL Same Day service
▶ Monitor shipments

### Current status for 7405070595...

#### Shipment delivered. ✓

Delivered on: 1/7/2008  10:20 am
Delivered to:
Signed for by: JEONGSOO JI   What is this?
Want to get the status of all your shipments in one place?   Learn more about DHL ProVie

### Tracking history...

| Date and time | | Status | DHL Facility Location | |
|---|---|---|---|---|
| 1/7/2008 | 10:20 am | Shipment delivered. | Seoul, Korea, Republic Of | Why Is |
| | 8:28 am | With delivery courier. | Seoul, Korea, Republic Of | |
| 1/4/2008 | 6:17 pm | Arrived at DHL facility. | Seoul, Korea, Republic Of | |
| | 4:26 pm | Depart Facility | Icn - Gateway, Korea, Republic Of | |
| | 4:21 pm | Processed at DHL Location. | Icn - Gateway, Korea, Republic Of | |
| | 3:29 pm | Transit through DHL facility | Icn - Gateway, Korea, Republic Of | |
| 1/3/2008 | 6:24 am | Depart Facility | Wilmington - Clinton Field, OH | |
| | 1:44 am | In transit. | Wilmington - Clinton Field, OH | |
| | 12:04 am | Depart Facility | New York, NY | |
| 1/2/2008 | 6:56 pm | Transit through DHL facility | New York, NY | |
| | 6:07 pm | Depart Facility | New York Midtown, NY | |
| | 5:45 pm | Processed at DHL Location. | New York Midtown, NY | |
| | 3:54 pm | Shipment picked up | New York Midtown, NY | |

**Log in to DHL**

User ID
Password
☐ Remember my User ID

Log In ▶
▶ Forgot password/user ID?

**New to DHL online?**
Registration is quick and free.
▶ Sign up now

### Shipment details...

| From | To | Shipment Information |
|---|---|---|
| New York Midtown, NY United States | Seoul, Korea, Republic Of | Ship date: 1/2/2008<br>Pieces: 1<br>Total weight: 1 lb  Not |

http://track.dhl-usa.com/TrackByNbr.asp?nav=Tracknbr                1/10/2008