344-07/DPM/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
AMERICAN STEAMSHIP OWNERS MUTUAL
PROTECTION AND INDEMNITY ASSOC., INC.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Don P. Murnane, Jr. (DM 3639)
Manuel A. Molina (MM 1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
AMERICAN STEAMSHIP OWNERS MUTUAL      07 CIV. 6474   (PKC)
PROTECTION AND INDEMNITY ASSOCIATION, INC.,
                                     **AFFIDAVIT OF SERVICE**

                  Plaintiff,

  -against-

DUSUNG SHIPPING CO. LTD.,
ORIENT STAR SHIPPING CORP. a/k/a
ORIENT STAR SHIPPING CORP. LTD.;
SUBIC STAR SHIPPING CORP. S.A.;
HAN STAR SHIPHOLDING CORP. LTD.; and
HAN STAR SHIPPING CORP.;

                  Defendants.
-----------------------------------------------------------------------x

STATE OF NEW YORK     )
COUNTY OF NEW YORK    ) SS:

    I, MANUEL A. MOLINA, after being duly sworn, depose and say that

    1.    I am not a party to the within action, am over 18 years of age and have an office and place of business at 80 Pine Street, New York, New York 10005.

    2.    I attach herewith as Exhibit A, a copy of a Certificate, received on July 16, 2008, from the Central Authority of the Republic of Korea, certifying that copies of the Summons and Verified Complaint in this action were served upon the Defendant Dusung Shipping Co. Ltd.,

pursuant to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague on November 15, 1965.

Dated: New York, New York
      July 29, 2008

                                                Manuel A. Molina

Sworn to before me this
29th day of July, 2008

NOTARY PUBLIC

HAZEL S. ROSENTHAL
Notary Public, State of New York
No. 01RO4641178
Qualified in Queens County
Certified in New York County
Commission Expires Dec. 31, 2010

# EXHIBIT A

# 서울중앙지방법원
# 회 신 서

FREEHILL HOGAN & MAHAR, LLP    귀하

공조번호 : 2008 - 334
사건번호 : 2008 러 91
촉탁국가 : 미국

　　　이 법원이 촉탁 받은 송달서류는 덧붙임 증명서와 같이 송달이 이루어졌으므로, 그 결과를 회신합니다.

덧붙임 : 1. 증명서(Certificate)
　　　　 2. 우편송달통지서 등 송달증명 관련서류.  끝.

2008. 6. 24.

# 서울중앙지방법원장

# CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention.

1) that the document has been served*
- the (date) ____2008. 5. 29.____
- at (place, street, number) ____서울시 서초구 서초동 1357-18   5층____

- in one of the following methods authorised by article 5 :

√ a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*

b) ----------------------------------------* : (삭제)

c) ---------------------------------------* (삭제)

※특정방식(b)이나 임의송달방식(c)으로 송달한 경우는 위 b), c)를 삭제하지 말 것.

The documents referred to in the request have been delivered to :
- (identity and description of person)
  ____김 해 경____
- relationship to the addressee (family, business or other) :
  ____고용인 or 사무원 → employee____

2) -------------------------------------------------* : (삭제)

In ----------------------------------------------------
---------------------------------*. (삭제) ※비용청구를 하는 경우는 삭제하지 말 것.

*Annexes*
Documents returned :

In appropriate cases, documents establishing the service :
____우편송달통지서____

Done at ____서울중앙지방법원____
the ____2008. 6. 24.____
Signature and/or stamp

서울중앙지방법원 민사신청
법원주사    이 종 헌

* Delete if inappropriate.

※보충송달된 경우

사건    2008 러 91                                      우편송달통지서   발송일 : 2008. 5. 27.

| 송달서류 2008-334 사법공조(공한사본 및 첨부서류) | 배달 못한 사유 | | | |
|---|---|---|---|---|
| | 구분/회수 | 1회 | 2회 | 3회 |
| | 1. 수취인부재 | | | |
| | 2. 폐문 부재 | | | |
| 서울중앙지방법원 (우 : 137-737) 법원 주사 이 종 헌 (민사신청과 사법공조담당) 송달받을 사람 | 3. 수취인불명 | | | |
| | 4. 주소 불명 | | | |
| | 5. 이사 불명 | | | |
| | 6. 기타 | | | |
| | 배달 날짜 | | | |
| 주  소 : 서울 서초구 서초동 1357-18 두성빌딩 501호 | 집배원 확인 | | ㊞ | |
| Dusung Shipping Co. Ltd        우편번호 137-070 | 사유 기재 | | | |

| | 송 달 방 법 | | 영 수 인 | | |
|---|---|---|---|---|---|
| | | | 이 름 | 관 계 | 서명 또는 날인 |
| 1 | 본인에게 주었다. | | — | — | |
| 2 | 본인을 만나지 못하여 ① 내지 ③ 사람에게 주었다. | ① 본인 영업소, 사무소의 사무원 또는 피용자 | 김영민 | | |
| | | ② 본인 주소, 거소의 동거인 | | | |
| | | ③ 본인 근무장소의 사용자, 종업원 등 | | | |
| 3 | ① 내지 ③ 사람이 수령을 거부하므로 그 장소에 서류를 두었다. | ① 송달 받을 본인 | — | — | |
| | | ② 본인 영업소, 사무소의 사무원 또는 피용자 | | | |
| | | ③ 본인 주소, 거소의 동거인 | | | |
| 송달한 날짜 | 20 0 8 년 0 5 월 2 9 일 ☐☐:☐☐ | | | | |
| 송달장소 | 서울 서초구 서초동 1357-18 5층 | | | | |
| 접수인란 | 위와 같이 송달하였습니다. 2008 년 5 월 29 일 (서명) 우체국 우편집배원 김 ○ ㊞ | | | | |

주의 : 1. 송달방법 중 해당하는 항목(송달방법 ③의 경우에는 수령을 거부한 사람)의 영수인란에 이름 및 관계를 적기 바랍니다(송달방법 ② ③ 란은 송달받을 사람의 근무장소에서 송달서류를 전달한 경우에 한하여 그 내용을 적기 바랍니다).
2. 송달받은 사람으로 하여금 영수인란에 직접 서명 또는 날인하게 하기 바랍니다. 집배원이 대필한 경우에는 "대필"이라고 적어야 합니다. 송달방법 ③의 경우에는 모두 집배원이 서명 또는 날인하기 바랍니다.
3. 「송달장소」란에는 시·군·읍·면·동·번지 등을 상세하게 명확히 기입하기 바랍니다. 다만, 우체국 창구에서 교부한 때에는 "○○우체국 창구"라고만 적기 바랍니다.
4. 우측 상단의 「배달못한 사유」 중 「6. 기타」란에는 1 내지 5의 송달불능사유 어디에도 해당되지 아니하는 경우에 표시하고, 「사유기재란」에는 위와 같은 사유 및 우편집배원이 배달하는 과정에서 알게 된 특이사항(예 : 송달받을 사람의 장기여행, 군 입대, 교도소 수감 등)을 간략히 적기 바랍니다.

D-33ᵧ

**U.S. Department of Justice**
United States Marshals Service

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou*
*extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| FREEHILL HOGAN & MAHAR, LLP<br>80 Pine Street - 24th Floor<br>New York, New York 10005<br><br>Attn: Manuel A. Molina, Esq. | National Court Administration<br>Attn: Director of International Affairs<br>967 Seocho-dong, Seocho-gu<br>SEOUL 137-750<br>Republic of Korea |

The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity
with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous*
*énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au*
*destinataire, à savoir:*
(identité et adresse)

Dusung Shipping Co. Ltd., Room 501, Dusung Bldg. 1357-18
Seocho-dong, Seocho-ku, Seoul, 137-862, Korea

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5 alinéa premier, lettre a).*

☐ ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
~~*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*~~

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:~~
~~*c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes
with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec*
*l'attestation figurant au verso.*

List of documents            Done at  New York, New York  , the  09/05/2008
*Enumération des pièces*      *Fait à*                      , *le*

Summons
Verified Complaint           Signature and/or stamp
                             *Signature et/ou cachet*  Manuel A. Molina

*Delete if inappropriate                                                     Form USM-94
*Rayer les mentions inutiles.*                                                Est. 11/77
                                   (Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1) que la demande a été exécutée*
— the (date) -- *le (date)* _____
-- at (place, street, number) - *à (localité, rue, numéro)*
_____

-- in one of the following methods authorized by article 5:
-- *dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
*a) selon les formes légales (article 5. alinéa premier, lettre a)*

☐ (b) in accordance with the following particular method:
*b) selon la forme particulière suivante:* _____

☐ (c) by delivery to the addressee, who accepted it voluntarily.*
*c) par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(Identité et qualité de la personne)*

_____

- relationship to the addressee family, business or other
- *liens de parenté de subordination ou autres avec le destinataire de l'acte:*

_____

2) that the document has not been served, by reason of the following facts*:
*2) que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*

_____
_____

In appropriate cases, documents establishing the service:  Done at _____ , the _____
*Le cas échéant, les documents justificatifs de l'exécution:*  *Fait à*                                *, le*

Signature and/or stamp
*Signature et/ou cachet*

_____
_____

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*

Freehill Hogan & Mahar LLP 80 Pine Street, New York, New York 10005

**Particulars of the parties:**
*Identité des parties:*

American Steamship Owners Mutual Protection and Indemnity Association Inc.; Dusung Shipping Co. Ltd.

### JUDICIAL DOCUMENT
*ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

Demanding the defendants' appearance and defense of suit for non-payment of insurance premiums.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

Complaint seeks to recover unpaid insurance premiums, expenses and costs totalling $394,031.00

**Date and place for entering appearance:**
*Date et lieu de la comparution:*

30 days from date of service; U.S. District Court, Southern District of NY, 500 Pearl Street, NY, NY 10007

**Court which has given judgment**:**
*Juridiction qui a rendu la décision:*

NOT APPLICABLE

**Dale of judgment**:**
*Date de la décision:*

NOT APPLICABLE

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte:*

30 DAYS FROM THE DATE OF SERVICE OF THE SUMMONS AND VERIFIED COMPLAINT

### EXTRAJUDICIAL DOCUMENT
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*


**Time limits stated in the document:****
*Indication des délais figurant dans l'acte:*